No. 326. THOMPSON, TRUSTEE, *v.* MOORE; and
No. 339. MOORE *v.* THOMPSON, TRUSTEE. C. A. 5th Cir. Certiorari denied. *Palmer Hutcheson* for Thompson. *David H. Nutt* for Moore. Reported below: 223 F. 2d 91.

No. 328. PALMER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *John W. MacDonald* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 330. EATON *v.* EATON. Supreme Court of Louisiana. Certiorari denied. *Maurice R. Woulfe* for petitioner.

No. 335. DOUDS, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD, *v.* INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, INDEPENDENT, ET AL. C. A. 2d Cir. Certiorari denied. *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling* and *Dominick L. Manoli* for petitioner. *Vine H. Smith* and *John T. Sullivan* for the International Longshoremen's Association, Independent, et al., *Seymour D. Lewis* for Bowers et al., *Ambrose V. McCall* for Lynch, and *Edward V. Broderick* and *Joseph H. Broderick* for Ackalitis, respondents.

No. 340. BUCHMAN *v.* MORSE. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Morris Lavine* for petitioner. *George I. Devor* for respondent.